In the Matter of ANNA ROBINSON, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents, and MARY J. GRASS et al., Interveners, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents Joseph D. McGoldrick, State Rent Administrator, and the Temporary State Housing Rent Commission. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

In the Matter of the Probate of the Will of JOSEPH A. NONES, Deceased. JOSEPHINE A. N. BREIDENTHAL, Appellant; IRVIN T. POLLACK et al., as Temporary Administrators of the Estate of JOSEPH A. NONES, Deceased, et al., Respondents.— Order unanimously affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Heffernan, JJ.

In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Opening and Extending of BRONX RIVER AVENUE from Westchester Avenue to Bruckner Boulevard, in the Borough of The Bronx. WILLMOUNT REALTY CO., INC., et al., Respondents.— Decree unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Heffernan, JJ.

HARRY WENNERHOLM, Respondent, v. GEORGE A. THIBERG, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Heffernan, JJ.

BACHOOBAI WORONZOFF-DASCHKOFF, Respondent, v. ROMAN WORONZOFF-DASCHKOFF, Appellant.— Judgment affirmed, with costs. No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Heffernan, JJ.; Cohn, J. P., and Callahan, J., dissent and vote to reverse and dismiss the complaint.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BEST & Co., INC., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [641–645 5th Ave., Borough of Manhattan.] — Order unanimously modified by fixing the land value for all the taxable years at $2,900,000 and, as so modified, affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Heffernan, JJ.

FANNY RUBIN, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant, and IRVING G. RUBIN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Van Voorhis, Shientag and Heffernan, JJ.